Case numbers 17-4045, 17-4047, and 19-3182, USA v. Ileana Osborne et al. Argument not to exceed 15 minutes per side. Mr. Grube, you may proceed for the appellant. Good morning. May it please the court, my name is Louis Grube. Here on behalf of the defendant appellants, Samuel Allen and Ileana Osborne. I'd like to reserve three minutes for rebuttal, please. Very well. This is an appeal from an order granting summary judgment to the United States declaring two transfers of property to be fraudulent and therefore void. The lien on the property arises out of a restitution order in a criminal case against Ileana Osborne. Ms. Osborne pled guilty and was convicted of defrauding several banks for tens of millions of dollars. And for his part, Mr. Osborne was not involved. Are you representing both here or just one? Yes, the parties are aligned on appeal. After the crimes were committed, the Osbornes did get a divorce. In the divorce proceeding, the Division of Property, the decree, split up all the property, obviously. One of the interests was in a Florida lawsuit which sought to recover loss to property value of a home. The home experienced flooding after nearby development. I can assume we know the basic facts. Okay. Your Honor, the two basic issues in the case, the two prominent issues in the case, are whether the home actually qualifies as an asset that is covered under the relevant statute here. The other issue is with regard to this Florida lawsuit, whether summary judgment was properly granted. Now, with the home, the argument is fairly simple. The statutes require that in order to approve a fraudulent transfer, you must first establish that there was a transfer. To establish that there was a transfer, you must have an asset or an interest in an asset, and the statute defines an asset as the property of a debtor but does not include property to the extent it is encumbered by a valid lien. I think they- I think it's underwater. I mean, no pun intended. Thank you, Your Honor. Yes. I think the important thing to think about here is that if, for example, the property value was $100 greater than the debt on it, the United States would only be entitled to assert a lien on that $100. In this case, since the property value at the time of the transfer was significantly less than the debt on it, the United States is actually trying to assert a lien on what was effectively negative dollars at the time. It seems that Congress was probably intending to protect the interests of the primary mortgage lenders on any given property. If it's encumbered by a debt, you know, the United States of America does not want to come in and take that interest away from the people who helped to, you know, get it in the first place for the people who buy these homes. Now, if in protecting that, if the United States can only go against the property value above the debt, it doesn't seem to me to be consistent with that, that they can somehow go against this home, despite that it was valued at negative dollars at the time. Well, I mean, you have that valuation for which I guess Mr. Osborne, whoever kind of got that appraisal obviously had an interest in lowballing it because the lower the number was, the greater the damages in the lawsuit for which it was generated, right? I mean, but that said, it's a 30-year person, and it's an estimate, and they don't seem to have one. Yeah. This is ultimately an appeal from an order granting summary judgment. At minimum, there's a fact question about the value at the time. At base, the order should not be sustained for that reason. What is the point in time exactly, again, that we're looking at? It's the time of the transfer? Yeah. So the United States has conceded in their brief that we are looking at the time of the transfer. What is that again? The actual transfer of the home was around— It was right after the restitution award. Yeah. It's around August 2015. I mean, they're roughly concurrent. It's at the same time. Ultimately, I think the thing to point out is that at that time, you know, obviously there's this whole criminal proceeding going on, and obviously the parties are interested in their own way in it. At that time, though, when the home was under figurative water, Mr. Osborne paid $100 for it. Now, he wasn't gaining anything. He was losing $100 to further lose—I guess to further take on more debt for himself. You know, I guess the United States is claiming that he's self-interested in this and that obviously he got this appraisal that is lowball, I suppose, but, you know, that self-interest is a credibility determination ultimately. You know, that's the kind of thing that we in the United States put to a jury. Now, it seems to have appreciated since then. Is that all irrelevant? I would make two points. First of all, it's not clear in the record where the United States is pointing to to explain that it has appreciated in value. I mean, it's clear that the United States has the sense that it's appreciated in value, but there aren't any record citations in the brief that I've found. Could they prove at trial that it has appreciated? Yes, they could. In theory, they've argued for an equitable adjustment. They've asked this court also to do some sort of equitable adjustment. Sorry. Do you respond to that argument in your briefs? I couldn't find it. I think you may have said that you can only adjust an asset, and it's not an asset on the day. Well, yeah, that would be the best answer, I think. But I couldn't find it. Maybe you can point it out when you get back up. Okay. Yes, Your Honor. You didn't. Do you waive it? I think our basic point is I would go with Judge Ketledge on this. Ultimately, if it's not an asset, I mean, I don't know why. We wouldn't be adjusting the value of a non-asset. I mean, if it doesn't qualify as a transfer, it's not a transfer. So I think that's the basic point. The equitable adjustment of the value to save it as a transfer seems to sort of, it's sort of this back-end loop around. It's like trying to backdoor to qualify it as an asset. We would argue that that's inappropriate, that that is ultimately inequitable. So if this transfer happens, say, in 2009, you know, bad time in the market, and the government files suit in 2017 or whatever, some years later, by which time it's worth twice as much and, you know, well over the encumbrance, is that all just irrelevant? Is there a case that would tell us that's all irrelevant? So we've cited in our briefs to a number of cases interpreting state law in the same way. I would point to those cases. Well, this is a federal statute, right? Obviously it is. Do we have any federal authority that says we look exclusively to the date of the transfer, notwithstanding any increase between then and, say, the date the suit's filed? We haven't been able to find a case that nails down precisely the issue in this case. Now, part of the reason is that in a lot of these forfeiture cases, a lot of these, I guess, lien cases, there will be a restraining order in existence prior to the time of the attempt to transfer a property. Certainly all of the cases cited by the United States have that problem. The parties clearly were under an order not to transfer the property, and so when folks try to do these things, it shouldn't work. There's an order preventing it from happening. We haven't been able to find a case where specifically the statute is applied as it's written explaining, no, if it's underwater, if there's no value to this thing, it's not an asset. We have found numerous cases applying the identical language in the state statutes. I mean, the language is the same, ultimately. This court should absolutely take that authority as informative and as good advisory authority. But no, I guess the answer is no, we haven't been able to find a federal case. I'd like to move on with my remaining time to the Florida lawsuit. Ultimately, the decision below, if it's going to be sustained, this court has to give credence to the idea that you can decide that a division of property is lopsided as a matter of law. I mean, it's to say- There's the kind of unfair distribution argument, but isn't there a badges of fraud basis for granting summary judgment as well? The ultimate question is whether it's reasonably equivalent value. How does badges of fraud fit into the question before us? Well, that goes to different elements of the standard here, that's my understanding. I mean, they still have to establish- My understanding is that you still have to prove that it is not reasonably equivalent value. I mean, if it's a fair trade on either side- Well, I mean, looking at the terms of the decree, it would seem like the value of the assets are somewhat lopsided and sided in favor of Mr. Osborne. The Florida court is supposed to take all things into account. This is not just a decree that's splitting up the property. This is an equitable decree determining what is fair between the parties. The court is supposed to take into account things that have happened in marriage that are- Yeah, but if the parties, I would presume, come to the probate court and say, Your Honor, we've got it all worked out. Here's a 10-page agreement with all this stuff, Ford Mustangs, whatever, and he's getting this, we're getting that. I mean, what probate judge is really going to sift through that and say, Well, wait a minute, I think she should get the older Mustang and he should get the minivan. I mean, nobody's going to do that, right? I would respectfully disagree with the court. In my brief experience working in domestic relations cases, I think courts often get very involved in the details of it. As well, we don't really have anything in the record here telling us that that is true. Ultimately, the United States has to meet their burden to get summary judgment in this case. All we're looking at is the decree. Now, can I tell you that four cars is not worth two cars? No, I can't. I don't have a dollar value on either side of this transaction on the lawsuit. There's no evidence in the record supporting a dollar value determination. In that sense, it's very hard to say as a matter of law that this is lopsided. This seems like an obvious fact question to me. I don't understand why would he get all of the value of the lawsuit, which frankly could be more than the value of the house. Why would he get all of that when going into this divorce proceeding, they own the house 50-50 and the suit is for damages for diminution of value to the house? Why does he get all of that? At the time of the divorce, there was very speculative value. We are ultimately looking at the time of the transfer. At the time of the divorce, there was very speculative value to this lawsuit. At the time, the county was not even a party to the lawsuit. Now, that is actually the source of the dollars that are in escrow right now. The county settled for a million dollars, but the county was actually not added as a party to that lawsuit until well after that time. I would just conclude that the lawsuit was impossible to value at the time of the transfer because not very much had happened in it. Had the $1 million settlement happened before the time of the transfer? No, well after. Thank you, Your Honor. Can I ask you a question in your capacity as counsel for Samuel? I'm sorry? You represent Samuel as well, right? Yes. His argument is that the lien holder rather than the owner of the government is not obligated to share in the cost of the upkeep for the debtor's assets, right? Yes, Your Honor. I'm not sure that you respond to the government's argument. The government cites cases from outside the fraudulent transfer context. Do you have a response to that? As to this obligation for the upkeep of the property on which you own the lien? Yes, he's asked for an offset. If I understand the question correctly, our response would be that we're ultimately looking to what is equitable. All right. Well, then the government puts forward this unclean hands argument. Do you respond to that? Yes, Your Honor. The unclean hands— Do you respond to it in your brief, in your reply brief? I think our— It's hard for us to come up with these arguments that help you when you don't provide them for us. Our response, I guess, to that would be that— Well, first question is did you respond to it? I don't know that we did, certainly. All right. So now what's your response? So my response is that the question of equity here, I guess what I would point— Equity just basically comes up to equity, and the judge applied equity. We would argue that if, for example— Disagree with the equitable determination. We disagree with the equitable determination. Thank you. Thank you, Your Honor. All right. You'll have your rebuttal.  Good morning, Your Honors, and may it please the Court. Karen Swanson Hahn on behalf of the plaintiff, Appellees in this matter, the United States of America. This Court should affirm summary judgment in favor of the government for three primary reasons. First, appellants in no way dispute the presence of nearly every badge of fraud in this case, nor could they, as Ms. Osborne transferred her interest in a coastal home a mere four days after a $29 million restitution order was entered against her. There's some difficult cases here. We should address the ones that they do dispute, not the ones that they don't. Yes, Your Honor. The overwhelming evidence here showed that the Driftwood property did indeed hold equity. In other words, that the appellant's 2015 appraisal was insufficient to create a genuine issue of material fact as to whether the property was an asset under the FDCPA. Do you agree that if we disagree on that, we have to reverse in that respect? If you disagree... Your case with respect to the value of the house depends on it being no genuine issue of material fact that it was worth more than the $900,000-plus. Is that correct? Your Honor... I just want to narrow the issue, so I understand what you're saying. I don't want to argue about issues that aren't really... I understand. We dispute that there was enough evidence in the record to create a genuine issue as to the fact that the house had equity. Go ahead. Judge Rogers is asking, well, let's say we disagree. If there is a genuine issue as to whether it's worth more than $926,000 or whatever it was, do you agree you lose on that question? No, Your Honor. We do not agree with that. And that is because this court, as well as the district court, have principles of equity that it can rely upon in finding in favor of the government in this case. Did you rely on that below? Yes, we did, Your Honor. We cited to Section 3308, which states that principles of equity apply to cases filed under the FDCPA, and we would also cite to Section 3307C as an example of the statute giving courts authority to rely on principles of equity to reach a just result. First of all, where is that? That's in the statute, Your Honor. Where is your argument? It's in our brief, Your Honor. And the question is, did you raise it below? So you've got to show me somewhere you raised it below. Yes, we did, Your Honor. Because I didn't see where it was raised below. That's why at oral argument I'm asking you where it is. It's in our summary judgment reply brief, Your Honor. Yes, it is. So, I mean, the statute, what's the acronym we're dealing with in this statute? FDCPA. Okay. In that statute, it says that the fraudulent transfer of an asset brings bad consequences. So the asset has to have value. And so you want us to look at this 3308, is that in the same statute? It is, Your Honor. That's part of the FDCPA. And it says just principles of equity apply. To all actions filed under this subchapter, correct. And I guess that's an extremely sort of general background principle here. How exactly would we apply that? What's the syllogism if the question before us is whether the property was worth more than the encumbrance on the day of the transfer? It is, Your Honor, quite broad. But the government would suggest that this is the perfect case to rely on that provision because of the unique circumstances of this case. So this is a case where fraudulent intent is not disputed and where nearly all of the badges of fraud are present. And appellants are relying on a hook in the statute to say that a single given point in time the property lacked value and therefore could not be transferred fraudulently. So we cite two cases, Davis, which is a 1990 case out of the 11th Circuit, and Future Time v. Yates. That's out of the Middle District of Georgia. Now, those cases were decided in the context of a Chapter 7 bankruptcy. But they're analogous because the debtors transferred an interest in real property with the intent to defraud their creditors. And the debtors in those cases argued that it wasn't a fraudulent transfer because the assets lacked value. And in both of those cases, the court said to hold that there was no fraudulent transfer simply because the asset lacked value at a given point in time would be to reward the debtor for their wrongdoing. Were those FDCPA? They were not, Your Honor. Those were decided in the context of Chapter 7 bankruptcy. But we would argue that the reasoning is analogous here. So if it were beyond dispute that the asset lacked value, would that make a difference? I mean, is your claim for equity dependent on the fact that there might be a genuine issue of material fact here? Or in other words, if there were no genuine issue, we know this asset lacks value, you'd still be making the same argument? No, Your Honor. We do not concede that there is a genuine issue of material fact. Right. So we would say that the court had enough evidence before it to conclude that there was no genuine issue of material fact and that summary judgment was proper in favor of the government. This court only needs to rely on those principles of equity and on 3308 to the extent it finds that there was a genuine issue as to value. I'm sorry to harp on what you all raised, but this is frustrating. Your argument relies on 3307C. It doesn't rely on 3308. The brief doesn't even cite 3308. Is that correct or not? I believe, Your Honor, we raised it in our summary judgment reply brief. Well, that's not good enough if you're raising it before us. Don't you have to argue things to us in order to get us to rely on them? Yes, Your Honor. And if you rely on 3307, we go read 3307. 3307 on its face doesn't appear to apply, although your opposing counsel doesn't point out that it doesn't apply, but it does appear on its face not to apply. We don't have to go back and look at arguments you made below that you don't repeat to us here, right? No, Your Honor. So I don't see fairly how you can rely on anything other than there's no genuine issue of material fact with respect to that. Well, we did raise principles of equity in the context of 3307C. But they don't apply in terms of 3307C. That says subject to adjustment, that the asset's value is subject to adjustment. That's 3307C. Well, that's essentially what we're asking the court to do here. But if it's not an asset, it's just patently an asset. We would argue that it is an asset, though, because there was enough evidence . . . That gets back to the other issue, which we were trying to limit this to in the first place. So the district court ruled only on the valuation, not on this equitable thing, right? Correct, Your Honor. So we'd be blazing new ground apparently with little assistance as an interpretive matter. So we might want to focus on the valuation. With respect, Your Honor, this court may affirm on any grounds. We know that. Yeah, and it's de novo review in this case. Sure, we know that. But we don't have any exegesis anywhere of the relevant statutory provisions. The government . . . I had thought that we had cited 3308 in the brief. I'd have to go back and look to confirm. My apologies if we did not. However, this court does have considerable equitable powers in this case. And we feel it's an appropriate case for this court to exercise those equitable powers. It's in the plain language of the statute itself. And if you would for a moment allow me to make the argument based on 3307C, which is in our brief. That allows the court to adjust the value of the asset as the equities require. As you asked of my colleague in his opening argument, are we assessing the value of an asset at a single point in time? And with regard to real estate, it would be unfair for the court to do that and for the court to assess value as of a single moment in time because of how real estate appreciates and how its value fluctuates over time. I hate to sound like a broken record, but do you argue that in your brief? Yes, in the equity section, Your Honor. Yes, we talk about how the court can adjust the value of the asset as the equities require. But can they change the date that's relevant? It's not a matter of changing the date, Your Honor. You agree that the value that we look at is the date of the transfer? Actually, I don't think that the government would concede that either, Your Honor. What is it? I mean, what are the dates? That's why I asked for the syllogism on this. I mean, it would seem like, okay, we start with the date of the transfer and ask whether it was fraudulent then. Now, are you telling us there's a different date range? And if so, what is it? I'm suggesting that the court can look at the whole. So the only language in the statute that instructs as to value is in Section 3307C, but that language says it's limited to for purposes of subsection B. And subsection B addresses the amount of damages that the government would be entitled to if a fraudulent transfer was found to have happened. So what we're suggesting is in the context of real estate, the court's able to look at a broader picture. It's not limited to a single point in time. So it's not limited to that. I mean, we're not looking at today's value, right? I just don't understand. I mean, it's a statute. What's the window? With regard to real estate, for example, the purchase price might be instructive as to the value. And in this case, the Osborne... The value as of when, though? I mean, I just want to be logically clear about what question are we answering? Value on the date of the transfer? Value on the date the suit was filed? I mean, what question are we answering? I think it's too limiting, Your Honor, to look at it at a single point in time. That's a negative formulation. What is the positive formulation of what we should look at, not what we shouldn't be limited to? I think the court should look at the value of the property as a whole. So thinking about this from a practical standpoint. So what the United States is attempting to do here is to collect on a restitution debt. So it has attached a lien to all of the property belonging to the debtor. When the government collects on those liens, it would do so at a time when the asset has maximum value. So it wouldn't necessarily collect on an asset at a single point in time when its value is low, for example, in the context of real estate. If those values go up, the government is entitled to wait and collect at a later date when the maximum amount is collectible. How can we determine the date of collection? It sounds like the date of collection is the point in time you'd like us to use, but I don't know how we can value it on the date of collection when that hasn't happened yet. I don't know that I would suggest it's a date of collection either. I'm suggesting just a more holistic look at it, so something that takes into account the purchase price on the home, the multiple listings on the home, which are also in the record. Like average those? We're kind of asked to do math here, and it's hard to do it when I don't have a formula. Right. So I think your honors have identified exactly why principles of equity would be the perfect... Let me phrase where I am here. Let's assume that in my reading of the papers, in this court and the court below, you're stuck with the date of transfer. You disagree with that as to some amorphous global date or something. But assume that that's where I am. I'm not necessarily stating that I am. Assume that. How do you assert that there's no genuine issue of material fact that this was worth more than, what is it, $938,000? What was the mortgage? $923,000. All right, $923,000. No one disagrees about that number. That's the number. So it's got to be worth more than that at this point in time, I'm assuming. What evidence is there that compels that conclusion in contradiction to the argument that it should go to a jury? What is it? You say, well, the burden's on the other side or whatever, but don't you have to have enough facts so that there's no genuine issue? Why isn't there a genuine issue? That's what it just comes down to. It just seems to me that's the question here. I'm not getting the answer. When the burden shifts, Your Honor, to the non-moving party, the non-moving party must come forward with significant probative evidence. So who's moving here? The United States was moving, so when we established our burden, then it shifted to you. How did you establish your burden such that no reasonable jury could determine that it hadn't been overcome? We established our burden because the issue as to value was not raised until their opposition brief. So there was no issue as to value. You bear the burden. Correct. We're not going to do production. You bear the burden. Correct. They've got an appraisal by an appraiser. Correct. You don't. How do you, I mean... Well, Your Honor, we... You say that no reasonable jury could agree with you when there's evidence going the other way and no evidence going your way. We do have an appraisal as of August 2016 that puts the value of the home at $1,075,000. And I would, in answer to your previous question, the appellant's own appraiser reappraised the property again a year later in August 2016 and reappraised it for $75,000 higher, for a million, instead of, I'm sorry... Sounds like a disputed issue of fact to me. Given the other evidence, Your Honor, we would respectfully suggest that no, given the purchase price and the multiple listings, there was enough in the record and that the... How? I mean, this is... Is there a case that you would point us to where you have a piece of evidence like they have and we're supposed to just steamroll that and say, no, it's overwhelming or something? Your Honor, I see my time is up. May I answer your question? I would point the court to United States v. Stallions. That's a 2014 case out of the Northern District of Texas and it was a fraudulent transfer case under Section 3304. And there was an affidavit denying the intent to defraud and the court held that that was insufficient to raise a genuine issue of material fact. They get reversed for that? I'm just kidding. I shouldn't do that. I'm sorry. The court held that that was not significant probative evidence to defeat the summary judgment because there was overwhelming other evidence to support the moving party's position. It's a little different than an evaluation fight. But similarly, I would say a self-serving affidavit is similar to an appraisal in a litigation where... the appraiser is without integrity or anything. I mean, I've looked at it. It looks professional. I mean, how can I look at that when they have comparative properties and the person does all the analysis and goes through it and comes up with a number that is not wildly different by any means from the numbers the government's throwing around? I mean, the government's chasing $126,000. That's the difference here. How could it be overwhelming that this estimate, which is very carefully done, is $126,000 off? I mean, how am I supposed to say that's overwhelming? And that's why, Your Honor, if the court finds that there is a genuine issue, it still has equitable power in this case to reach a just result. And given that Ileana transferred her interest in the property four days after the entry of the restitution debt, she obviously felt that there was value in the property. And the fact that they're here on appeal still disputing it I think goes to show that there is value there for the government. In order to be an asset, it has to have positive value, no matter how bad faith it was. She could sign a letter saying, I hope this goes on up in value, and if it does, I don't want to have to give it away, so therefore I'm transferring it to you. If it was at that time overly mortgaged, it wouldn't be a fraudulent transfer, right? Yes, Your Honor, and that is why 3307C and 3308 give this court the power to adjust the value of the asset to reach a proper result. But it just hasn't been developed in the district court. If they were still married, the transfer looks obviously extremely suspect. But they're getting divorced. You look at his deposition. I mean, he's done with this, it appears. He just wants out of this whole situation. It is conceivable that the day after this order from the district court comes down about restitution and all that, they make their arrangement where they're just going to be financially separated from each other in addition to divorced. I mean, that would be a natural time to say, okay, let's figure out how we're not going to have to deal with each other anymore. Well, Your Honor, we would point the court to the record number 55. It's Mr. Osborne's deposition. And in his deposition he actually admits that part of the reason the transfer took place was because, quote, if I die I want my money taking care of my child, not making the government happy. So that is also evidence of fraudulent intent. And when fraud is so overwhelming, we believe that this is an appropriate case and, in fact, sort of the ideal case, given the fluctuating value of real estate, for the court to exercise its powers in equity. Thank you, Your Honors. Thank you. Appreciate your argument. Your rebuttal. Thank you, Your Honor. Judge Rogers, I checked our reply brief, and we responded on the facts. We did not specifically state that we contest fraudulent intent, but we did point out that, as to the lawsuit, the transfer was several years before any of the criminal proceedings were going on. There were investigative steps being taken, but ultimately If you don't say the unclean hands doctrine doesn't apply, or it does apply but the facts are different, you just don't address that right. As to the equitable You don't even have to file a reply brief. It just would be helpful. I'll take that into account next time we're here, Your Honor. As to the state's argument, I guess the big point here is that we are on review from an order granting summary judgment. They do absolutely have the burden. Now, the argument that they're making, I mean, was remarkable. The United States wouldn't collect on an asset when it was at a low value. Well, of course not, because it's not an asset under the law. If it's below the encumbrances on it, if it's valued below the encumbrances on it, it's not even an asset. But more importantly, the United States is giving away its real interest here. They think that this property has appreciated value. Now they want to go after it. I mean, with the lawsuit, they didn't actually even go after the lawsuit until after it had started looking like it was going to generate a lot of money. They actually amended Excuse me, they had to amend their complaint in order to bring that into the case. With the lawsuit? With the lawsuit, yes. It was amended in 2016. So the transfer of that asset happened four whole years before the amendment to bring it into this case, before the prosecution, all of that. I mean, you know, at least we would contest that there is a genuine issue of material fact on the intent to defraud. I mean, certainly with I guess I'm not following that. Why should they spend a lot of litigating value on something they have a right to if it's only going to give the government $100? Turns out it's going to give the government $100,000. Well, now they devote some litigating effort to it. What does that prove? Perhaps, but ultimately we're talking about something I believe the word amorphous was used. I mean, we're talking about saying that this house is valued Perhaps you could say that in 2008 it had a 2019 value of like $2 million. Well, what does that do for us? I mean, at the time, we have appraisals that say that as of the relevant times, these people couldn't sell this thing for more than the debt on it. I mean, I don't know how you get to this equitable determination. Ultimately, they... When you're talking about the lawsuit, you don't have this problem about having it be mortgaged or anything like that, right? No. The bigger issue is that there's just no evidence of value on the lawsuit. I mean, there's no evidence of what he gave for it. There's no evidence of what the value was that he actually received. With that, I conclude and ask that the court reverse and remand to a new judge. Nope, I'm good. Okay. Thank you. Thank you both. Appreciate it. Case to be submitted. Clerk may call the next case.